UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BELL                                                                               PETITIONER

VS.                                   5:17-CV-00234-SWW/JTR

WENDY KELLEY, Director,
Arkansas Department of Corrections                                                         RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") from United States Magistrate Judge J. Thomas Ray. No objections have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects.

It is therefore ordered that Michael Bell's petition for a writ of habeas corpus is denied, and this case is dismissed with prejudice. The Court will not issue a certificate of appealability because Mr. Bell has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c). Judgment will be entered accordingly.

IT IS SO ORDERED this 1st day of August, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE