UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL BELL                                                                                        PETITIONER

VS.                         5:17-CV-00234-SWW/JTR

WENDY KELLEY, Director,
Arkansas Department of Corrections                                     RESPONDENT

## JUDGMENT

Consistent with the Order entered this day, IT IS CONSIDERED, ORDERED, and ADJUDGED that this habeas action is dismissed with prejudice. The Court will not issue a certificate of appealability because petitioner Michael Bell has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

IT IS SO ORDERED this 1st day of August, 2018.

                                                              /s/Susan Webber Wright
                                                              UNITED STATES DISTRICT JUDGE